IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:22cr98

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| DESMON TAYLOR MOORE | ) | |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third-party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

   a. a Good Time Outdoors, model Core 15, 5.56 caliber pistol, seized October 5, 2021;

   b. a machinegun conversion kit, commonly referred to as Glock Switch, seized November 4, 2021;

   c. a Glock, model 19, 9mm caliber pistol, and a Smith and Wesson, model M&P 40, .40 caliber pistol, seized November 18, 2021;

   d. a machinegun conversion kit, commonly referred to as a Glock Switch, seized December 3, 2021;

   e. two Jacob Grey, model JG15, 5.56 caliber pistols, seized December 16, 2021;

   f. two privately-made 9mm caliber pistols and one silencer, seized January 26, 2022;

   g. three silencers, seven machine gun conversion kits commonly referred to as Glock Switches, three machine gun conversion devices manufactured by Wide Open Trigger, a Taurus, model G2c, 9mm pistol, two Romarm/Cugir, Micro Draco, 7.62 caliber pistols, a Glock frame, a Jacob Grey, JG15 frame, a Glock, model 19, 9mm caliber pistol, a FNH, Scar 20S, 7.62 caliber rifle, a Panzer,

model BP12, 12 gauge shotgun, a Glock, model 27, .40 caliber pistol, a Glock, model 27, .40 caliber pistol, a Glock, model 22, .40 caliber pistol, a Black Aces Tactical, Pro Series S, 12 gauge firearm/shotgun, a Glock, model 26, 9mm pistol, a Glock, model 19, 9mm pistol, a Glock, model 23, .40 caliber pistol, a Glock, model 45, 9mm pistol, and a Glock, model 45, 9mm pistol, seized on January 31, 2022; and

h. a Glock, model 17, 9mm caliber pistol, seized March 1, 2022.

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third-party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924 and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

DENA J. KING
UNITED STATES ATTORNEY

_____
DAVID W. KELLY
Assistant United States Attorney

_____
DESMON TAYLOR MOORE
Defendant

_____
SCOTT H. GSELL, ESQ.
Attorney for Defendant

Signed this the 26th day of July, 2022.

_____
HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE