To Whom It May Concern,

I'm writing this letter on behalf of Desmon Moore. I was the School Psychologist at Richland Northeast High School when he was a student there. My first encounter with him was at a special education transition meeting at his middle school at the end of 8th grade as he was transitioning to high school the following school year. He was living with his grandmother at the time, and she was attending his IEP meetings. She was also baby sitting and brought a very young baby and a two-year-old with her to the meeting. As a team we were putting together a plan for his 9th grade year. The middle school team talked about all the things that he was struggling with and behavior issues they thought would be a concern for high school. I will never forget that meeting because I saw a young man who while a team was talking about him like he wasn't there pick up a crying baby, change its diaper, give it a bottle and put it to sleep then reach over and rock the two-year-old to sleep. I had never seen anything like it in my life. I remember asking him what he wanted for his future, and he simply said to own a house, and have a family someday. Behind the scenes at Richland Northeast High School, I asked the wrestling coach to take him under his wing and see if he would join the wrestling team. Which he did. He worked hard for coach and that was such a positive relationship for both. Desmon has a severe learning disability in reading, and I often felt that as a system we let him down. He advocated for himself constantly for support for reading. He is a very smart young man and I'm sure that was a significantly frustrating issue to deal with. He is the reason I left the schools and came to the State Department of Education. I wanted the opportunity to influence how we help students with severe disabilities and wanted to ensure that teachers had better skills to help students that struggle. I provide professional development to teachers and school psychologists and often tell Desmon's story because I hope that we do better at breaking through the wall for students with severe reading disabilities. Once I walked into his special education class and another student made an inappropriate comment and Desmon told him very nicely, he needed to apologize to me that the comment was not appropriate. As a school psychologist I have worked with so many students over my 25-year career. Most I vaguely remember and some I will never forget. Desmon is one of the students I will never forget. He was such a caring and kind young man who was always respectful. His reading disability was one of the most severe I've seen, and he worked desperately to overcome it without a lot of success. I'm not sure what he has done to need this letter, but if there is anyone who deserves a second chance this young man deserves that. He will use that second chance and do well.

Sincerely,
Lisa McCliment
School Psychology Consultant
Office of Special Education Services
South Carolina Department of Education
lmccliment@ed.sc.gov
803-734-4074

Dear Judge,

My son, Desmon Moore is the fourth child of one sister and three brothers. I would like to tell you a little bit about my son. Growing up for my children was not easy and as a young single mothe raising five children I made some bad choices, which caused my children to be taken away and placed in my mothers custody. Although my mother did her best it was not easy raising five children. I was always there for them but had to make a living to support myself and my kids. I wasnt around as often as I should have been and despite my abscence but even as a small child Desmon was always conscious about how he treated others. As he became older he was more conscious about being a successful adult. Desmon was always a hard working young man. My mom and I instilled in him and his siblings to be hard working independent people. He always does what he can to help his family. As long as I can remember Desmon always tried to become an entrepreneur. Thinking of ways to become his own boss. At the time of him getting in trouble he was pursuing that dream by taking courses for certifications. He was very excited about taking what he thought were the right steps to pursue his dreams although he made some bad decisions. I believe Desmon just learned the era of his ways because now his dreams have been redirected. In his time of reflection Desmon has begun his focus on the second biggest dream which is raising fish aquariums. He would like to one day open a pet shop selling and building fish aquariums which he is very good at. I truly do not believe Desmon belongs behind bars. I believe he will do more for his community once he is released. Desmon also speaks about being a motivational speaker for those who may be heading down the wrong path as he did. He is a 24 year old man with a long life ahead of him. I know my son will definitely make better decisions for the future of him and his family, I believe he has done more good with his short time on earth and still has much more to learn and grow from. Desmon is very much loved and supported by his family. So as you're thinking about sentencing today please keep in mind we love, care, and need my son back.

Thank you,

Latonza Anderson

1

Case 3:22-cr-00098-FDW-DSC   Document 32-1   Filed 12/09/22   Page 2 of 6

To whom it may concern,

I have had the pleasure of getting to know Desmon Moore on various levels. In between our interesting journey we've had lots of laughs, love, and connection. Desmon and I were able to practically grow and raise each other in the seven years being with him. I will say that he is the most intriguing that I've met. I know your thinking im the fiance' so I have to be bias but in this moment I feel that you should get an insight on Desmon Moore as I have had the opportunity and inted to continue this journey. Desmon Moore came to me years ago and my first thought was wow where did you come from. He has a love for fish, music of all kinds, motorcycles, family, pets of all kinds, and many more I could go on forever. It was the moment we sat in the car listening to Maroon 5 when we drove past a sunflower field. I asked him to stop because I wanted one, with no hesitation he pulled right over and we ran into the fields together. I grabbed a tall sunflower and brought it to the car, pulled the petals off one at a time "he loves me, he loves me not" the last petal he pulled it and said, I love you! One of many sweet moments we shared unless I was breaking down in my car which was pretty often he was always right there to get me. If he doesn't do anything else he shows up for everyone in any circumstance they may be in and always trying to help others. From changing tires in the middle of the road, jumping cars on the edge of the highway, even getting gas when many of friends or even myself ran out. I say this because he is an asset to the community and despite the stumbles along his adult life he is still learning. He is still figuring it out and in the process made a mistake while trying to grow a cerakoting business doing something he enjoyed doing. Since being incarcerated Desmon has a better outlook on life realizing and establishing the little things he forgot to pay attention to. The food... especially from chick fil a thats his favorite or the wind blowing through his beard and even the sun kissing his cheek as he looks up in the sky, the people playing outside or the dogs running past. Desmon has had struggles in life, everyday he has made a point to overcome his battles with anxiety, depression, and overthinking. I feel like were asking the wrong questions here though, how did we get here? Desmon has been a provider of a big family, sacrificing for peers or even strangers, and making sure everyone was okay but neglecting himself. This past few months being detained he has grown his relationship with God, learning not to depend on other people emotionally, figuring out how to love himself. Everyday is different for him but were working on his reading and writing as well as praying each and every night. These cherishable moments allowed him to understand the value of his freedom and his support system during the hard times. This will be his first and last time in jail as a changed man and he has tons of things to do when he gets out. Jail was about reform for Desmon, jail was his protection from something happen to him out here, jail was Desmon's way to pause because he was headed the wrong way. God has a way of putting us back on track when we get too far off track. This was his way of helping and saving Desmon from himself. So much ahead of him, we have a ton of businesses to establish and grow. If given the chance please allow him to show you the kind of impact he will have with not only young adults but the

1

youth so he can keep more young men out of the system. Keep families on the right track, we together will make those changes. I will always be by his side to support him and protect him on this journey as well as the ones after this chapter of our story. I know he will pay the same thing forward to others within the community. Please give him grace today in his sentence so he can contnue to prosper.


Thank you,

India White

2

To whom it may concern,

I met Desmon Moore when he was 16 years old some years ago. We met at Richland Northeast High School where I played volleyball and my brother joined the wrestling team. Desmon and his twin brother were also on the team and took my brother under their wings. After practice I would sit in the wrestling room waiting for my mom to come get us from school and he would always talk to me. Small conversations but over time we grew to know each other very well. Over the years I have watched him learn and develop also thrive in different careers or things he put his mind to. When we met he was both funny and outgoing, but always offering a helping hand. My mom would put together snack bags and he would come over after school to help prepare them for the team. He supported the team by being a sparring partner and a team manager after an injury. He finished school and went on to be a working member of society. He worked hard and purchased his first car, it was a Jeep he loved that thing but than also got a motorcycle. That motorcycle was his pride and joy he loves to ride and even joined a positive bike club. Desmon finally felt like he was a part of something, it was something he didn't really get much of in high school. The bike club made many plates and passed them out to the homeless uptown in tent city and Desmon later on on his own bringing the homeless clothes during the winter with his twin brother. He moved out on his own and continued to be a strong kind-hearted, well loving person. We all make mistakes and accountability is required as we grow up, but I have watched Desmon become a man in front of my eyes. A man that has quality family values, a pure heart, one who always makes a way, and a man who is very near and dear to my heart. Since he has been incarcerated he has grown. He has taken this time to reflect on his mistakes or reach out and mend relationships that he thought he would never do. Desmon has learned to grow closer with himself to discover who he is as a man and be the man he wants to see in his future. There has been a lot of tears uncovered information and self accountability lately and he has learned so much about himself. I am hoping and praying that Desmon Moore gets this opportunity to continue to be amazing for his family, friends, and community.

Thank you,

Taj McDonald

Shaunda McDonald

1

Dear Judge,

Hi my name is Thaddeus Peterson. I am speaking on the behalf of Desmo Moore. I just want to say I hope that the system is very lenient with him. He's a good kind hearted manwho may have made one mistake but his heart is very big. he speaks of having a better relationship with god and hopes to really have a secoond chance at life. We dont want his life to be spent behind bars. I want and wish for him to have a second chance at life again. He prays with me over the phone and we talk about things to do when he comes home to get on his feet. Desmon has always made sure his family was okay in every way possible, even while being detained. I pray and hope that he gets a second chance to be with his family, to hug and kiss and build with them again. To be able to have another Christmas another year on the earth free. With a clear and positive head on his shoulders.

Thank you, have a blessed day

Thaddeus Peterson

1