# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

UNITED STATES OF AMERICA    )

                             )

        v.                  )

                             )

DESMON MOORE            )

_____ )

**CASE NO. 3:22 CR 98-FDW**

DEFENDANT'S CERTIFICATES
OF ACHIEVEMENT

NOW COMES DEFENDANT Desmon Moore, by and through his attorney of record, and respectfully submits the attached certificates of achievement in support of defendant at sentencing.

Dated: December 9, 2022

Respectfully submitted,

**/s/Scott Gsell**
Scott Gsell, Esq., NCB #21680
Attorney for Defendant
101 North McDowell Street
Suite 214
Charlotte, NC  28204
Tel  704-488-1074
Fax  704-970-1874
e-mail: scottgsell@gmail.com

## CERTIFICATE OF SERVICE

I, Scott Gsell, hereby certify that on December 9, 2022, a copy of the forgoing Defendant's Certificates of Achievement, was served electronically through the ECF system in use in the United States District Court for the Western District of North Carolina, on interested parties of record.

Executed on December 9, 2022, at Charlotte, North Carolina.

/s/**Scott Gsell**
Scott Gsell, Esq.
101 North McDowell Street
Suite 214
Charlotte, NC  28204
Tel  704-488-1074
Fax 704-970-1874
scottgsell@gmail.com