

# Mecklenburg County
# Sheriff's Office

700 East Fourth Street
Charlotte, NC 28202

T (704) 336-2543 · F (704) 336-6118

www.mecksheriff.com

Garry L. McFadden
Sheriff

Rodney M. Collins
Chief Deputy Sheriff

Telisa E. White
Chief of Detention

Jason R. Beebe
Chief Deputy Sheriff

September 16, 2022

To: Defense Attorney

Re: Moore, Desmon #490026

This letter is being provided to inform you that <u>Moore, Desmon #490026</u> has been a participant in a voluntary program called RIGNITE: Residents Individually Growing Naturally and Intentionally Through Education. This program is offered by the Mecklenburg County Sheriff's Office and allows residents the opportunity to address the challenges that brought them into conflict with the law by participating in life-skill based programming. Mr. Moore has been a participant in the program since 08/14/2022. His participation in the program requires that he participates in assigned classes a minimum of 2-3 days per week, Monday through Friday, for a minimum of 90 minutes per day.

Mr. Moore has completed the following programs:

- **Mental Health 101**- A psycho-educational class which introduces participants to common mental health diagnosis with the purpose of reducing stigma around mental health, reducing re-offending and recidivism, increasing awareness of mental health treatment and increasing self-advocacy.
- **In2Me**- a psychosocial/process group designed to introduce group participants to evidenced based strategies to increase executive functioning skills. The seven skills identified as executive functioning are listed as self-awareness, self-restraint, self-speech, emotional self-regulation, self-motivation, planning, and problem solving are needed to actively pursue goals.

Mr. Moore is currently enrolled in the following program:

- **Transformational Life Skills**- This group introduces participants to new life skills such as: 1) Letting go- Exploring what you can and cannot control, learning how to be open, and letting go of guilt and resentment, 2) Self-Evaluation- Learning how to live more in the present, how to be more intentional, and to be mindful of who you are being in any given situation and 3) Imagineering- Understanding how to envision how you want it to be and then bringing the people and resources in to your life to create the person and the life you really want.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Dorian Johnson
Detention Program Director
Mecklenburg County Sheriff's Office
801 East Fourth Street
Charlotte N.C. 28202
980-314-5167
Dorian.Johnson@Mecklenburgcountync.gov

# LIFE ✚ CONNECTIONS

*"Helping People Connect with Life's Solutions"*

**This Certifies That:**

# Desmon Moore

**Has completed 18 hrs. of Life Connections of the Carolinas Inc. course entitled:**

# Transformational Life Skills

October 7, 2022

*Life Connections of the Carolinas, Inc.*
*www.lifeconnections.us*

Case 3:17-cv-00461-RJC-DSC Document 149-10 Filed 10/01/24

# Mecklenburg County Sheriff's Office

This is to certify that

## Desmon Moore

Has completed

*In2Me: A Psychosocial Group (15hrs) with the goal of increasing executive functioning skills (self-awareness, self-restraint, emotional self-regulation, self-motivation, reasoning, problem solving, and planning*

_____

**C. Mathews**

Instructor

**Garry McFadden**

Sheriff

September 9, 2022

Date

\* *Educational only "this is not considered treatment and cannot be used for court."*

Case 3:22-cr-00066-FDW-DSC Document 11-3 Filed 07/05/23 December 13, September 13, 2022 Page 3 of 4

# Mecklenburg County Sheriff's Office

*This is to certify that*

## Desmon Moore

*Has completed*

*Mental Health 101:  A Psychoeducation Class (3 hours) to reduce stigma around menta*
*health, increase awareness of treatment, reduce re-offending, and increase self-advocac*

_____

**C. Matthews**

*Instructor*

**Garry McFadden**
*Sheriff*

*August 26, 2022*
*Date*

*\* Educational only "this is not considered treatment and cannot be used for court."*